Submitted on record and briefs February 7, vacated in part; remanded with instructions in part; otherwise affirmed March 20, 2003

STATE OF OREGON,
*Respondent,*

*v.*

BILLY WADE WELLS,
*Appellant.*

01FE0112; A117216

66 P3d 542

Ingrid A. MacFarlane, Senior Deputy Public Defender, filed the brief for appellant. With her on the brief was David E. Groom, Acting Executive Director, Office of Public Defense Services.

Holly A. Vance, Assistant Attorney General, filed the brief for respondent. With her on the brief were Hardy Myers, Attorney General, and Mary H. Williams, Solicitor General.

Before Edmonds, Presiding Judge, and Kistler and Schuman, Judges.

PER CURIAM

Restitution awards vacated; remanded with instructions to resentence defendant imposing only one restitution award of $400; otherwise affirmed.